# EXHIBIT B

PHOTO OF WILLIE NELSON, FOUND ONLINE AT https://commons.wikimedia.org/wiki/File:Willie_Nelson_at_Farm_Aid_2009.jpg

